# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

_Eric Cole_____ , )
                            )
            Plaintiff       )
                            )
        vs.                 )       Case No. _____
                            )   (The case number will be assigned by the clerk)
_Jerome Combs_____    )
_Detention Center_____   )
_____     )
                            )
_C/O Maldonado_____    )
_C/O Lehning_____    )
_____     )
_____ ,   )
                            )
            Defendant(s)    )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☑  Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Eric Cole

   Prison Identification Number: #515760

   Current address: 3050 S. Justice Way - Kankakee IL 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Jerome Combs Detention Center

   Current Job Title: 

   Current Work Address: 3050 S. Justice Way

   Defendant #2:

   Full Name: Maldonado

   Current Job Title: C/O

   Current Work Address: 3050 S. Justice Way

   Defendant #3:

   Full Name: Lehning

   Current Job Title: C/O - 3897

2

Current Work Address 3050 S. Justice Way

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Jerome Combs Detention Center___

4

Date(s) of the occurrence __1/4/22 between 3pm and 4pm__

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On January 4th 2022, around 3pm C/O Lehning let out Watkins who is on no contact for a video visit. I have a no-contact on Watkins to try to prevent anything from happening. As he's coming down for his visit and walk through the dayroom, while being escorted by either C/O Maldonado or Lehning, he told me wait for him to come back in so we can fight. As he's coming back in from the visit while not being escorted back to his cell, he sets his tray down and runs up on me. (1) My safety was [in jeopardy] during the fight while defending myself I hurt my wrist and went to medical the next day, January 5th when I put it in the medical grievance. (2) Neither C/O took the time to escort the inmate nor check the computer on the no-contact after he said he wanted to fight before walking out and I feared for my life not knowing what the inmate could've had hidden in his hand. On 1/7/22, I'm putting in a grievance about the whole situation that occurred on 1/4/22. I don't feel safe inside the jail, don't feel safe around the C/O, I feel the C/O don't take their job serious with keeping the inmates safe. When I talk with C/O Maldonado on 1/7/22 he told me he

5

thought me and the inmate was cool and he don't know how he didn't hear him say he wanted to fight when he came back in and that after the fight and him [illegible] who was fighting he checked the computer and seen the no-contact.

## RELIEF REQUESTED

(State what relief you want from the court.)

What i want in return is restitution for my saftey rights

being violated while in jail. I want relief from the pain and suffering I got from the fight because the C/O didnt do they job to protect me. I want relief from having anxiety from the fact of the situation happening.

**JURY DEMAND**   Yes ☐   No ☐

Signed this January day of 7th , 20 22 .

_Eric Cole_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Eric Cole | 515760 |
| Address: 3050 S Justice way, Kankakee IL 60901 | Telephone Number: |